6899... PROCTOR *v.* LIFE INSURANCE COMPANY OF VIRGINIA.

WADE, C. J. 1. The evidence sufficiently supported the verdict.
2. No material error was committed by the court.
                                              *Judgment affirmed.*

DECIDED SEPTEMBER 15, 1916.

Action on insurance policy; from municipal court of Macon— Judge Chambers. August 14, 1915.

*J. A. Monsees, J. C. Estes,* for plaintiff.

*W. E. Martin Jr.,* for defendant.